IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHRISTIAN HEYNE, et al. | ) |
| | ) |
| v. | ) NO. 3:09-1041 |
| | ) JUDGE CAMPBELL |
| METROPOLITAN BOARD OF | ) |
| PUBLIC EDUCATION | ) |

ORDER

Pending before the Court is Petitioners' Emergency Motion to Remand (Docket No. 5). For the reasons stated in the accompanying Memorandum, Petitioners' Motion is GRANTED, and this action is remanded to the Chancery Court for Davidson County, Tennessee.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE